ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Parsons Evergreene, LLC | ) ASBCA No. 58634 |
| | ) |
| Under Contract No. FA8903-04-D-8703 | ) |

APPEARANCES FOR THE APPELLANT:     Raymond F. Monroe, Esq.
                                   Cameron S. Hamrick, Esq.
                                     Miles & Stockbridge P.C.
                                     Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                      Air Force Deputy Chief Trial Attorney
                                    Lori R. Shapiro, Esq.
                                    William M. Lackermann, Jr., Esq.
                                    Christopher M. Judge-Hilborn, Esq.
                                      Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE CLARKE

        The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

        It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,200,000. Appellant has agreed to waive Contract Disputes Act interest.

        Dated: May 21, 2021

                                          _____
                                          CRAIG S. CLARKE
                                          Administrative Judge
                                          Armed Services Board
                                          of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 58634, Appeal of Parsons Evergreene, LLC, rendered in conformance with the Board's Charter.

Dated:  May 21, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals